*Appeal No. 24-3770*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

OREGON ASSOCIATION OF HOSPITALS AND HEALTH SYSTEMS,

*Appellant,*

v.

STATE OF OREGON, and DR. SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

*Appellees.*

On Appeal from the United States District Court
for the District of Oregon
The Honorable Michael H. Simon
Case No. 3:22-cv-01486-SI

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

| | |
|---|---|
| BRAD S. DANIELS | WHITNEY A. BROWN |
| NATHAN R. MORALES | Stoel Rives LLP |
| Stoel Rives LLP | 510 L Street, Suite 500 |
| 760 SW Ninth Avenue, Suite 3000 | Anchorage, AK  99501 |
| Portland, OR  97205 | Telephone:  907.277.1900 |
| Telephone:  503.224.3380 | Facsimile:  907.277.1920 |
| Facsimile:  503.220.2480 | |

*Attorneys for Appellant Oregon Association of Hospitals and Health Systems*

1

Appellant Oregon Association of Hospitals and Health Systems requests a 30-day extension, until November 12, 2024, to file its opening brief and excerpts of record.

The opening brief was first due on September 10, 2024. Dkt 2. The deadline was extended to October 10, 2024, by a streamlined request for extension. Undersigned counsel has reviewed the record in this matter and has been drafting the appellant's brief; however, in light of other significant professional commitments over the last month, additional time is required to complete the appellant's brief and prepare the excerpts of record. Undersigned counsel has contacted opposing counsel, who represented that the State of Oregon and Dr. Sejal Hathi do not oppose the requested extension.

This motion is supported by the attached declaration of counsel.

DATED: October 3, 2024            Respectfully submitted,

                                  STOEL RIVES LLP


                                   *s/ Brad S Daniels*
                                  Brad S. Daniels (OR Bar No. 025178)
                                  Nathan R. Morales (OR Bar No. 145763)
                                  Whitney A. Brown (AK Bar No. 1906063)

                                  Attorneys for Appellant Oregon Association of Hospitals and Health Systems