*Appeal No. 24-3770*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

OREGON ASSOCIATION OF HOSPITALS AND HEALTH SYSTEMS,

*Appellant,*

v.

STATE OF OREGON, and DR. SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

*Appellees.*

On Appeal from the United States District Court
for the District of Oregon
The Honorable Michael H. Simon
Case No. 3:22-cv-01486-SI

### DECLARATION OF BRAD S. DANIELS

| | |
|---|---|
| BRAD S. DANIELS | WHITNEY A. BROWN |
| NATHAN R. MORALES | Stoel Rives LLP |
| Stoel Rives LLP | 510 L Street, Suite 500 |
| 760 SW Ninth Avenue, Suite 3000 | Anchorage, AK 99501 |
| Portland, OR 97205 | Telephone: 907.277.1900 |
| Telephone: 503.224.3380 | Facsimile: 907.277.1920 |
| Facsimile: 503.220.2480 | |

*Attorneys for Appellant Oregon Association of Hospitals and Health Systems*

1

I, Brad S. Daniels, declare as follows:

1. I am counsel of record for appellant Oregon Association of Hospitals and Health Systems (OAHHS).

2. OAHHS's opening brief is currently due on October 10, 2024.

3. OAHHS's opening brief was first due on September 10, 2024. This deadline was extended to October 10, 2024, after appellee received a 30-day streamlined extension.

4. OAHHS now requests an additional 30-day extension, until November 12, 2024, to file its answering brief and excerpt of record.

5. I have reviewed the record in this matter and have been drafting the appellee's brief. Over the last month, however, I have had a number of other significant professional commitments to attend to, including preparing for a five-day jury trial scheduled for September 16–20, continued proceedings in a large pending class action in Oregon, and an Oregon Supreme Court argument on September 26.

6. Thus, despite diligent efforts, additional time is required to complete the appellant's brief and prepare the excerpts of record.

7. I have conferred with counsel for the State of Oregon and Dr. Sejal Hathi, who indicated that the appellees do not oppose the requested extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed at Portland, Oregon, on October 3, 2024.

        STOEL RIVES LLP

        *s/ Brad S. Daniels*
        Brad S. Daniels (OR Bar No. 025178)
        Nathan R. Morales (OR Bar No. 145763)
        Whitney A. Brown (AK Bar No. 1906063)

        Attorneys for Appellant Oregon Association of Hospitals and Health Systems