# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 24-3770

**Case Name:** Oregon Association of Hospitals and Health Systems v. State of Oregon

**Hearing Location (*city*):** Portland

**Your Name:** Brad Daniels

List the sitting dates for the two sitting months you were asked to review:

June 9-13, 2025
August 18-22, 2025

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Lead Counsel for Appellant (who will argue this case) has conflicts from June 10-13 to attend his sons' high school and college graduations.

Both parties are available during the August sitting.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** s/ Brad Daniels    **Date:** 02/24/2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*